UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR-1-02-071 |
| | : | |
| vs. | : | JUDGE DLOTT |
| | : | |
| | : | GOVERNMENTS MOTION TO |
| SAMAAN HATTAR, | : | DISMISS INDICTMENT |
| | : | |

Now comes the United States, by and through Assistant United States Attorney Timothy Oakley, and respectfully requests that this matter be dismissed.

### Memorandum In Support

The Defendant, Samaan Hattar, has fled the jurisdiction of the United States. This matter has been pending for a period of nine years. It is believed that he will not return to the jurisdiction of the United States. To further prosecute this matter does not serve the interest of justice.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Timothy D. Oakley
TIMOTHY D. OAKLEY (0039965)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-2047
Tim.Oakley @usdoj.gov

## ORDER

The request of the United States is hereby GRANTED and this matter is dismissed.

_____
Honorable Susan J. Dlott
United States District Court Judge